**F I L E D**
**United States Court of Appeals**
**Tenth Circuit**

**August 18, 2005**

**PATRICK FISHER**
**Clerk**

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

KENNETH D. HILL,

      Petitioner - Appellant,

v.

JOHN WHETSEL,

      Respondent - Appellee.

No. 05-6104
(D.C. No. 04-CV-1697-C)
(W.D. Okla.)

**ORDER**

Before **EBEL**, **McKAY** and **HENRY**, Circuit Judges.

Petitioner-Appellant Kenneth D. Hill, who has been detained pending his trial in Oklahoma state court on criminal charges, appeals from the district court's dismissal of his 28 U.S.C. § 2241 petition for habeas relief.[1] Hill's § 2241 petition asserts various complaints, including allegations that there were delays following his arrest in holding a probable cause hearing, instituting formal charges, and conducting an arraignment. The district court dismissed Hill's petition because he failed to exhaust the available state court remedies.

---

[1]We GRANT Hill's motion to proceed in forma pauperis on appeal. See 28 U.S.C. § 1915(a)(1).

A state detainee bringing a § 2241 claim must be granted a certificate of appealability ("COA") prior to being heard on the merits of his or her appeal.  See Montez v. McKinna, 208 F.3d 862, 867-69 (10th Cir. 2000).  Because the district court denied Hill a COA, we deem Hill's notice of appeal to be a renewed application for a COA.  See Fed. R. App. P. 22(b)(2).  However, we DENY Hill a COA for substantially the reasons stated by the district court in its orders dismissing Hill's § 2241 petition and denying Hill a COA.  Therefore, we DISMISS Hill's appeal.[2]

ENTERED FOR THE COURT

David M. Ebel
Circuit Judge

---

[2] In light of our disposition of Hill's appeal, we DENY as MOOT the other motions that Hill has filed.